<div style="margin-left:2em">105 491<br>Case 1<br>124 825</div>

<div style="text-align:center">Judgment affirmed.   All the Justices concurring.</div>

<div style="text-align:center">Argued May 2, — Decided May 24, 1898.</div>

Indictment for assault and battery.   Before Judge Littlejohn.   Macon superior court.   November term, 1897.

James M. DuPree, for plaintiff in error.

Frank A. Hooper, solicitor-general, contra.

---

### GILREATH v. THE STATE.

LITTLE, J.   This case involves no question of law; the evidence fully warranted the verdict; and the trial judge rightly held that the newly discovered evidence did not afford sufficient cause for granting a new trial.   Judgment affirmed.   All the Justices concurring.

<div style="text-align:center">Submitted May 2, — Decided May 25, 1898.</div>

Indictment for murder.   Before Judge Henry.   Chattooga superior court.   January term, 1898.

Copeland & Jackson, for plaintiff in error.   J. M. Terrell, attorney-general, and Moses Wright, solicitor-general, contra.

---

### PAPWORTH v. CITY OF FITZGERALD.

LITTLE, J.   The decision this day rendered in Aycock v. Town of Rutledge, 104 Ga. 533, is applicable to and controls the present case. Upon the facts thereof, as disclosed by the record, the conviction and

sentence of the plaintiff in error in the recorder's court were contrary to law and ought to have been set aside on certiorari.

*Judgment reversed. All the Justices concurring.*

Submitted May 16, — Decided May 25, 1898.

Certiorari. Before Judge Smith. Irwin superior court. March 28, 1898.

*J. N. Henderson* and *E. H. Williams,* for plaintiff in error. *E. W. Ryman,* contra.